# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-39 |
| v. ) | |
| ) | |
| RAJAH-I WILLIAMS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the government's Motion to Continue sentencing of Defendant Rajah-I Williams. Sentencing is scheduled to take place on August 22, 2008. After careful consideration and being duly advised in the premises, it is hereby

**ORDERED** that the government's Motion to Continue sentencing of Defendant Rajah-I Williams is **GRANTED**. It is further

**ORDERED** that the sentencing of Defendant Rajah-I Williams will take place on September 19, 2008 at 10:30 a.m.

ENTERED this 20th day of August, 2008.

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

.

Case: 1:07-cr-00039-RLF Document #: 84 Filed: 08/20/08 Page 2 of 2